```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF INDIANA
                          HAMMOND DIVISION


MARIANNE BEAL,                    )
                                  )
          Plaintiff,              )
                                  )
     v.                           )    Case No. 2:04 CV 250
                                  )
                                  )
NATIONAL RAILROAD PASSENGER       )
CORPORATION,                      )
                                  )
          Defendant               )
```

OPINION and ORDER

This matter is before the court on the Motion to Reconsider Order of June 27 Granting Plaintiff's Motion to Compel filed by the defendant, National Railroad Passenger Corporation, on June 28, 2005.

On July 22, 2005, the court took the motion for reconsideration under advisement pending an *in camera* review of the medical records of train engineer Shawn Rose. Having reviewed these records, the court now finds that the records document routine examinations with no abnormal results, do not reveal any evidence of post-accident drug testing, and do not contain any performance evaluations. As such, the plaintiff is not entitled them.

The motion for reconsideration is **GRANTED**.  The plaintiff's motion to compel which was the subject of this court's June 27, 2005 Order is **DENIED** to the extent it seeks Rose's medical records.

```
     ENTERED this 9 August, 2005

                               s/ ANDREW P. RODOVICH
                                  United States Magistrate Judge
```