```
                     UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF INDIANA
                           HAMMOND DIVISION


MARIANNE BEAL,                  )
                                )
          Plaintiff,            )
                                )
     v.                         )    Case No. 2:04 CV 250
                                )
                                )
NATIONAL RAILROAD PASSENGER     )
CORPORATION, et. al.,           )
                                )
          Defendants            )
```

OPINION and ORDER

This matter is before the court on the Motion to Reinstate Motion for Summary Judgment filed by the defendants, National Railroad Passenger Corporation et al., on December 13, 2005. This motion is **GRANTED**. The Motion for Summary Judgment filed by the defendants on August 25, 2005 is **ORDERED REINSTATED** AS IF FILED ON THE DATE OF THIS ORDER. Any response or reply shall be filed pursuant to Local Rule 56.1(a).


ENTERED this 14 December, 2005

                              s/ ANDREW P. RODOVICH
                              United States Magistrate Judge

1